UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAI DAVID ROMERO GARCIA,　　　　　　　　　Case No. 25-13407

　　　Plaintiff,　　　　　　　　　　　　　　　　F. Kay Behm
v.　　　　　　　　　　　　　　　　　　　　　United States District Judge

KEVIN RAYCRAFT, FIELD OFFICE
DIRECTOR, DETROIT FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

　　　Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, this case is closed. This is a final order.

**SO ORDERED**.

Date: December 12, 2025　　　　　　　s/F. Kay Behm
　　　　　　　　　　　　　　　　　　F. Kay Behm
　　　　　　　　　　　　　　　　　　United States District Judge